IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

      Plaintiff,                      No. CIV S-08-2095 DAD P

    vs.

M. KNOWLES, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis.

        Plaintiff's in forma pauperis application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 5, 2008 application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

/////

1    2.  Plaintiff shall submit, within thirty days from the date of this order a properly
2 completed in forma pauperis application that includes a certified copy of plaintiff's prison trust
3 account statement for the six-month period immediately preceding the filing of the complaint in
4 this action and a prison official's certification; plaintiff is cautioned that failure to comply with
5 this order or seek an extension of time to do so will result in a recommendation that this action be
6 dismissed without prejudice; and
7    3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed
8 In Forma Pauperis By a Prisoner for use in a civil rights action.
9 DATED: September 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2095.3e