IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

     Plaintiff,                    No. CIV S-08-2095 DAD P

     vs.

M. KNOWLES, et al.,

     Defendants.              ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2008, the court directed plaintiff to submit a properly completed in forma pauperis application. In response to the court's order, plaintiff has filed a copy of his request for an interview with prison officials regarding "payment of court cost for case CIV-S-08-2095 DAD P." (Inmate Request for Interview filed Oct. 2, 2008.)

        It appears from plaintiff's recent filing that he may be having difficulty completing his application to proceed in forma pauperis. Accordingly, the court will grant plaintiff an additional thirty days to file a properly completed application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form

/////

1

must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: October 24, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will2095.36ifp

2